[No. 23203-1-II.   Division Two.   August 4, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE ANTHONY WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-00433-2, Frederick W. Fleming, J., entered March 30, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 24098-0-II.   Division Two.   August 4, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. VALDEZ VERNON STEWART, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-03310-3, Thomas Felnagle, J., entered October 28, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 24099-8-II.   Division Two.   August 4, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. OSTAVO DAMON FEAZELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-05182-9, Thomas Felnagle, J., entered November 4, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 24135-8-II.   Division Two.   August 4, 2000.]

GEORGE A. PHILLIPS, *Appellant*, v. WASHINGTON ENERGY SERVICES COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-10893-0, Thomas Felnagle, J., entered December 7, 1998. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Bridgewater, J.